Order entered November 13, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00085-CR

**JOSE RAMON CRUZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-24443-Q**

## ORDER

By letter dated August 6, 2014, the Court notified the trial court that the record does not contain a certification of appellant's right to appeal. A the trial court is required to prepare a certification of appellant's right to appeal in each case in which the defendant is appealing. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). We asked the trial court to file a certification within ten days. To date, we have not received the certification of appellant's right to appeal.

Accordingly, we **ORDER** the Honorable Lena Levario, presiding judge of the 204th Judicial District Court, to file, within **FIFTEEN DAYS** of the date of this order, a completed certification of appellant's right to appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Lena Levario, Presiding Judge, 204th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/    ADA BROWN
JUSTICE